**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: April M. Lint fka April M. Broskey      CHAPTER 13
        Jason L. Lint
               Debtor(s)      BKY. NO. 21-22423 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. and index same on the master mailing list.

         Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
12 Nov 2021, 08:37:13, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 54314bad322362600c0d67cc67ae3873a6abf7e47ad09a5478576c97262ecf3e