IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| April M. Lint, | : | Case No. 21-22423 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 18 |

### CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on November 15, 2021, I served a copy of the Court's November 12, 2021, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Sensus USA, Inc., Attn: Payroll Manager, 450 North Gallatin Avenue, Uniontown, PA 1541.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: November 15, 2021

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Email: dwhite@Zeblaw.com
Attorneys for Debtors