UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 21-22423-GLT

Jason L. Lint and April M. Lint                                       Chapter 13

        Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX  76096

                By  /s/  Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX  76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-22423-GLT

Jason L. Lint and April M. Lint  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 22, 2021 :

| | |
|---|---|
| Daniel R. White<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx06276 / 1049557