FILED
6/8/22 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jason L. Lint
April M. Lint

Debtor(s).

Case No. 21-22423-GLT

Chapter 13

Related to Doc. Nos. 2 & 29

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: <u>The Trustee</u>

- ❑ a motion to lift stay
  as to creditor  _____

- ❑ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>November 9, 2021</u>
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❑ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]                                                     -1-

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: The claim of HUD (Claim #16) is not yet due.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  8th  day of  June, 2022.

_____
Gregory L. Taddonio                    jah
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

/s/ Daniel R. White                                     /s/ Katherine DeSimone
Daniel R. White, Esquire                           Katherine DeSimone (PA I.D. #42575)
PA I.D. #78718                                          Attorney for Trustee
Attorney for debtors                                 Office of the Chapter 13 Trustee
Zebley Mehalov & White, P.C.                U.S. Steel Tower – Suite 3250
PO Box 2123                                             600 Grant Street
Uniontown, PA  15401                             Pittsburgh, PA  15219
724-439-9200                                            kdesimone@chapter13trusteewdpa.com
dwhite@zeblaw.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                                        -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22423-GLT |
| Jason L. Lint | Chapter 13 |
| April M. Lint | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason L. Lint, April M. Lint, 452 Ranch Road, Dunbar, PA 15431-2069 |
| 15429785 | + | Foundation Radiology Group, PO Box 554895, Detroit, MI 48255-4895 |
| 15429789 | + | Jamie L. Lint, 234 Pine Ridge Rd., Lemont Furnace, PA 15456-1270 |
| 15429793 | + | Suntrust Bank/GreenSky, P.O. Box 2153, Birmingham, AL 35287-0002 |
| 15429796 | | US Department of Education, P.O. Box 87130, Lincoln, NE 68501-7130 |
| 15429795 | | Union Plus/Capital One, P.O. Box 30255, Salt Lake City, UT 84130-0255 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2022 23:52:24 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2022 23:55:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2022 00:02:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15429781 | | Email/Text: ebn@americollect.com | Jun 08 2022 23:55:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15435600 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2022 23:55:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15435606 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 08 2022 23:52:24 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15429780 | | Email/Text: ally@ebn.phinsolutions.com | Jun 08 2022 23:55:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 15429783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2022 23:52:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15429782 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2022 23:52:04 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15439421 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2022 23:52:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15444937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 00:02:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15429786 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2022 23:55:00 | Freedom Plus, 4940 South Wendler Drive--Suite 115, Tempe, AZ 85282-6320 |
| 15429788 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2022 23:55:00 | GM Financial, Bankrutpcy Department, P.O. Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 183853, Arlington, TX 76096-3853 |
| 15429787 | + | Email/Text: BDETRICK@GLASSCAPFCU.COM | Jun 08 2022 23:55:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 15433574 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 08 2022 23:55:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15429784 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2022 23:52:23 | Chase, P.O. Box 24696, Columbus, OH 43224-0696 |
| 15440138 | + | Email/Text: RASEBN@raslg.com | Jun 08 2022 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15445457 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 00:02:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15429790 | | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 23:52:06 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15445745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2022 00:02:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15435789 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2022 23:55:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15429791 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2022 23:55:00 | Rocket Mortgage, LLC/Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15429792 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 00:02:44 | Shop Your Way/Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15429978 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 23:52:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15429794 | | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:02:44 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15467364 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 08 2022 23:52:23 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 15429797 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2022 23:52:33 | Walmart/Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15441305 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor April M. Lint lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Jason L. Lint lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5