## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 21-22423-GLT |
| | ) | |
| JASON L. LINT and | ) | |
| APRIL M. LINT | ) | Related to Document No. _____ |
| aka APRIL M. BROSKEY, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | Chapter 13 |
| ALLY BANK, | ) | |
| Movant | ) | |
| vs. | ) | **HEARING DATE:** |
| | ) | Wednesday, November 2, 2022 at 9:00 A.M. |
| JASON L. LINT and | ) | |
| APRIL M. LINT | ) | **RESPONSE DEADLINE:** |
| aka APRIL M. BROSKEY, | ) | Friday, October 14, 2022 |
| Respondent | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR | ) | |
| Trustee | ) | |

### CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on September 23, 2022.

The type of service made on the parties was first class mail or electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, e-mail address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission if listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail".

**Service by NEF**

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square, P.O. Box 2123
Uniontown, PA 15401
dwhite@zeblaw.com

Office of the United States Trustee Liberty
Center.,
1001 Liberty Avenue, Suite 970 Pittsburgh,
PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**Served by First Class Mail**

Jason L. Lint
452 Ranch Road
Dunbar, PA 15431

April M. Lint
452 Ranch Road
Dunbar, PA 15431

EXECUTED ON:  September 27, 2022

BY: /s/ Maribeth Thomas
    Maribeth Thomas
    Local Counsel
    1500 One PPG Place
    Pittsburgh, PA 15222
    (412) 594-3949
    Attorney I.D. No.: State Bar #208376
    mthomas@tuckerlaw.com