IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/3/22 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.:  21-22423-GLT
 :  Chapter:  13
Jason L. Lint  :
April M. Lint  :
 :  Date:  11/2/2022
*Debtor(s).*  :  Time:  09:00

## PROCEEDING MEMO

**MATTER:**    #39 Motion for Relief from Stay filed by Ally Bank
              #43 - Response filed by the Debtor

**APPEARANCES**:
    Debtor:    Daniel R. White
    Ally:      Maribeth Thomas

**NOTES:**    [9:04]

Thomas:  Does not feel she has any argument in support of the motion at this time.

White:  Equity in the vehicle, does not understand why the motion was filed. Requests an order protecting the debtor from any fees or costs relating to the order.

Court:  Debtor's payments running a little shy of the plan goals.

White: This is a timing issue with the wage order. Does not affect distributions to Ally Bank in this case. A half payment behind at this point.

Court: No cause for stay relief. Vehicle necessary for reorganization and the creditor is adequately protected.

**OUTCOME:**

1)  For the reasons stated on the record, the *Motion for Relief from Stay filed by Ally Bank* [Dkt. No. 39] is DENIED. Further, Ally Bank shall not charge any fees or expenses to the Debtor's account related to the preparation and prosecution of this motion. On or before November 16, 2022, Ally Bank shall show cause as to why it should not be compelled to reimburse Debtor's counsel for fees incurred defending this motion. [Chambers to Prepare].

2) On or before November 16, 2022, Debtor shall make any required adjustments to the wage order for the purpose of ensuring that the attachment generates sufficient proceeds to satisfy the Debtor's ongoing plan obligations. [Text Order].

**DATED:**  11/2/2022