File No.: 1514-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jason L. Lint and April M. Lint, | : | Case No. 21-22423 GLT |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| April M. Lint, | : | Related to Document No. 48 |

Movant,

Vs.

Sensus USA, Inc. and Ronda J. Winnecour

Respondents.

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on November 4, 2022, I served a copy of the Court's November 4, 2022 wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Sensus USA, Inc., Attn: Payroll Manager, 450 North Gallatin Avenue, Uniontown, PA 15401.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: November 4, 2022

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    Email: dwhite@Zeblaw.com
    Attorneys for Debtor