**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JASON L. LINT<br>APRIL M. LINT<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>            vs.<br>  JASON L. LINT<br>APRIL M. LINT<br><br>          Respondents | Case No. 21-22423GLT<br><br><br>Chapter 13<br><br><br>Document No. __76__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __4th__ day of __March__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sensus Usa Incorporated
Attn: Payroll Manager
450 North Gallatin Ave
Uniontown, PA 15401

is hereby ordered to immediately terminate the attachment of the wages of APRIL M. LINT, social security number XXX-XX-9312. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of APRIL M. LINT.

Dated: 3/4/25

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason L. Lint  
April M. Lint  
    Debtors

Case No. 21-22423-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 04, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason L. Lint, April M. Lint, 452 Ranch Road, Dunbar, PA 15431-2069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brent J. Lemon  
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Daniel R. White  
     on behalf of Joint Debtor April M. Lint  
     r63228@notify.bestcase.com;kaylaelizabeth0612@gmail.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White  
     on behalf of Debtor Jason L. Lint  
     r63228@notify.bestcase.com;kaylaelizabeth0612@gmail.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon  
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Maribeth Thomas

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 04, 2025 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7