File No.: 1514-002

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 21-22423 GLT |
| Jason L. Lint and April M. Lint, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | Document No. |
| Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC, | : | |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND TREMBA, KINNEY, GREINER & KERR, LLC FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors filed on February 17, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than March 6, 2025.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors be entered by the Court.

Date: March 7, 2025        CALARIAO VALENCIK

BY:
/s/ Daniel R. White
PA ID: 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
dwhite@c-vlaw.com
Attorney for Debtors