File No.: 1514-002

FILED
3/11/25 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | |
| | : | Case No. 21-22423 GLT |
| Jason L. Lint and April M. Lint, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | Document No. 73 |
| Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC, | : | |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __11th__ day of __March__, 2025, the Application of Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $7,614.07 for services rendered on behalf of the Debtors for the period from September 15, 2021 through February 17, 2025, which represents $7,060, in attorney fees and $554.07 in costs. The fees/costs balance of $2,114.07 remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors. Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

DEFAULT ENTRY
Dated: 3/11/25

[Order prepared by Daniel R. White, Esq.]

By the Court,

_____
GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22423-GLT |
| Jason L. Lint | Chapter 13 |
| April M. Lint | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason L. Lint, April M. Lint, 452 Ranch Road, Dunbar, PA 15431-2069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Daniel R. White | on behalf of Joint Debtor April M. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Jason L. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7