UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 21-22423 GLT |
| Jason L. Lint and April M. Lint, | Chapter 13 |
| Debtors, | Document No. |
| Jason L. Lint and April M. Lint, | Related to Document No. |
| Movants, | |
| vs. | |
| Ronda J. Winnecour, Chapter 13 Trustee and Tremba, Kinney, Greiner & Kerr, LLC, | |
| Respondents. | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AUTHORIZE CHAPTER 13 TRUSTEE TO DISTRIBUTE ATTORNEY FEES
TO DEBTOR'S COUNSEL AND CLOSE CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Chapter 13 Trustee to Distribute Attorney Fees to Debtors' Counsel and Close Case filed on May 23, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than June 9, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Authorize Chapter 13 Trustee to Distribute Attorney Fees to Debtors' Counsel and Close Case be entered by the Court.

Dated: June 10, 2025

                                                     CALAIARO VALENCIK, P.C.

                                                      By   /s/ Daniel R. White
                                                            Daniel R. White
                                                             PA I.D. No. 78718
                                                             8 Nickman Plaza
                                                             Lemont Furnace, PA 15456
                                                             Office: 724-719-9388
                                                             Email: dwhite@c-vlaw.com
                                                            Attorneys for Debtors