File No.: 1514-002

FILED
6/12/25 6:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Jason L. Lint and April M. Lint, | : | Case No. 21-22423 GLT |
| Debtors, | : | Document No. 85 |
| Jason L. Lint and April M. Lint, | : | |
| Movants, | : | |
| vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee and Tremba, Kinney, Greiner & Kerr, LLC, | : | |
| Respondents. | : | |

**ORDER**

AND NOW this __12th__ day of ___June___, 2025, upon Motion of the Debtors, Jason L. Lint and April M. Lint, it is hereby ORDERED that the Chapter 13 Trustee, Ronda J. Winnecour, is authorized to immediately distribute all attorney fees held by her in this case to Debtors' Counsel, Daniel R. White at Calaiaro Valencik, P.C.

Attorney White and Calaiaro Valencik, P.C. shall hold these funds in escrow until an agreement is reached with his former firm, Tremba, Kinney, Greiner & Kerr, LLC as to the distribution of these funds. A Consent Order shall be filed with the Court detailing the agreed distribution and the timing of the payment.

Prepared by: __Daniel White, Esq.__

**DEFAULT ENTRY**

Dated: June 12, 2025

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22423-GLT |
| Jason L. Lint | Chapter 13 |
| April M. Lint | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason L. Lint, April M. Lint, 452 Ranch Road, Dunbar, PA 15431-2069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | |
| | on behalf of Joint Debtor April M. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | |
| | on behalf of Debtor Jason L. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maribeth Thomas | |
| | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                                   User: auto                                      Page 2 of 2
Date Rcvd: Jun 13, 2025                         Form ID: pdf900                                 Total Noticed: 1
TOTAL: 6