FILED
9/16/25 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON L. LINT
    APRIL M. LINT
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:21-22423

Chapter 13

Related to Docket No. 94

**ORDER OF COURT**

AND NOW, this _____ 16th Day of September, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 21-22423-GLT |
|---|---|
| Jason L. Lint | Chapter 13 |
| April M. Lint | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason L. Lint, April M. Lint, 452 Ranch Road, Dunbar, PA 15431-2069 |
| 15429785 | + | Foundation Radiology Group, PO Box 554895, Detroit, MI 48255-4895 |
| 15429789 | + | Jamie L. Lint, 234 Pine Ridge Rd., Lemont Furnace, PA 15456-1270 |
| 15429793 | + | Suntrust Bank/GreenSky, P.O. Box 2153, Birmingham, AL 35287-0002 |
| 15429795 | | Union Plus/Capital One, P.O. Box 30255, Salt Lake City, UT 84130-0255 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2025 00:28:07 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2025 01:22:25 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 17 2025 00:32:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 00:54:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15429781 | Email/Text: ebn@americollect.com | Sep 17 2025 00:32:00 | Americollect, Inc., P. O. Box 1690, Manitowoc, WI 54221-1690 |
| 15435600 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 17 2025 00:32:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15435606 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2025 00:55:24 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15429780 | Email/Text: ally@ebn.phinsolutions.com | Sep 17 2025 00:31:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 15429783 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:27:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15429782 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:55:27 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15439421 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:26:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15429784 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2025 00:39:14 | Chase, P.O. Box 24696, Columbus, OH 43224-0696 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 34

| 15444937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 17 2025 00:28:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15429786 | + | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Sep 17 2025 00:31:00 | Freedom Plus, 4940 South Wendler Drive--Suite 115, Tempe, AZ 85282-6300 |
| 15429788 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Sep 17 2025 00:32:00 | GM Financial, Bankrutpcy Department, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15429787 | + | Email/Text: BDETRICK@GLASSCAPFCU.COM | | |
| | | | Sep 17 2025 00:33:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 15433574 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Sep 17 2025 00:32:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15440138 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Sep 17 2025 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15445457 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 17 2025 01:24:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15429790 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 17 2025 01:22:25 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15445745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 17 2025 01:22:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15435789 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Sep 17 2025 00:33:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15429791 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Sep 17 2025 00:33:00 | Rocket Mortgage, LLC/Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15429792 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 17 2025 01:22:49 | Shop Your Way/Citibank, NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15429978 | ^ | MEBN | | |
| | | | Sep 17 2025 00:15:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15429794 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 17 2025 00:56:37 | TJX Rewards Master Card/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15467364 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Sep 17 2025 00:26:46 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |
| 15429796 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Sep 17 2025 00:32:00 | US Department of Education, P.O. Box 87130, Lincoln, NE 68501-7130 |
| 15429797 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Sep 17 2025 00:40:12 | Walmart/Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15441305 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                                    User: auto                                         Page 3 of 3
Date Rcvd: Sep 16, 2025                           Form ID: pdf900                              Total Noticed: 34

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Joint Debtor April M. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Jason L. Lint r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6